IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NOEL E. THOMPSON;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　　Defendant. | 8:18CV53<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the Order Setting Schedule for Initial Progression of a Civil Case, (Filing No. 15). and all deadlines within it, are vacated.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge