IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY THOMPSON, as Personal Representative of the Estate of Noel E. Thompson, Deceased;<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | 8:18CV53<br><br>ORDER |

As requested in Plaintiff's unopposed motion, (Filing No. 43), which is hereby granted, the final progression order is amended as follows:

1) The status conference previously set for January 13, 2021 is continued and it will be held with the undersigned magistrate judge on **April 6, 2021** at **1:30 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 1, 2021. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by March 15, 2021.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    November 2, 2020.

    For the defendant(s):    January 4, 2021.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 1, 2021.

5) The deadline for filing motions to dismiss and motions for summary judgment is May 21, 2021.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 21, 2021.

7) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) All other deadlines remain unchanged.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 5th day of August, 2020.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge